1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIPPE CHARROIL INTERNATIONAL LIMITED,<br><br>                          Plaintiff,<br><br>     v.<br><br>A'LOR INTERNATIONAL LIMITED,<br><br>                          Defendant. | Case No. 13-cv-1257-BAS(JLB)<br><br>**ORDER GRANTING JOINT MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**[ECF No. 581]** |
| AND RELATED COUNTERCLAIM. | |

Pending before the Court is the parties' joint motion to dismiss to file documents under seal. The parties indicate compelling reasons to seal exist due to the confidentiality clause contained in the settlement agreement. Having reviewed the moving papers, the Court finds that compelling reasons exist to permit the parties to file their documents under seal. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006).

//

13cv1257

1    Accordingly, the Court **GRANTS** the joint motion. (ECF No. 581.) The Clerk

2  of the Court shall file the requested documents under seal.

3    **IT IS SO ORDERED.**

4

5  **DATED:  August 4, 2016**

6                                                    **Hon. Cynthia Bashant**
                                                     **United States District Judge**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28